**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-02331-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** November 22, 2010 | **Courtroom Deputy:** Linda Kahoe |

SARAH RAFFERTY,

    Plaintiff,

v.

HEALING HOMES FOR CHILDREN, LLC,
GRIFFITH CENTER FOR CHILDREN, INC.,

JEFFERSON HILLS CORPORATION,

    Defendants.

Paul J. Maxon

Elizabeth B. Chilcoat
John E. Bolmer, II
Emma Skivington
Ellis Jay Mayer
Timothy R. Fiene

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:   8:11 a.m.**
Court calls case. Appearances of counsel.

Discussion and arguments regarding Plaintiff's Unopposed Combined Motion for Leave to Amend Complaint, doc #[22], filed 11/15/2010.

**ORDERED:**   Plaintiff's Unopposed Combined Motion for Leave to Amend Complaint, doc #[22], is **GRANTED**. The First Amended Complaint, doc #[22-1] is **DEEMED FILED AS OF TODAY'S DATE**.

In view of the fact that the First Amended Complaint was accepted for filing today, and given that the Motions to Dismiss filed by Defendants are directed to a Complaint which is no longer the operative pleading in this case, it is

**ORDERED:**   Defendant Griffith Center for Children's Motion to Dismiss Plaintiff's Due Process Claim, doc #[10], is **MOOT and DENIED** as such.

    Defendant Jefferson Hills' Motion to Dismiss Plaintiff's Due Process Claim/Joinder in Defendant Griffith Center for Children's Motion to Dismiss Plaintiff's Due Process Claim, doc #[12], is **MOOT and DENIED** as such.

    Healing Homes for Children, LLC's Motion to Dismiss Plaintiff's Second Cause of Action, doc #[13], is **MOOT and DENIED** as such.

HEARING CONCLUDED.
**Court in recess**:   **8:15 a.m.**
Total time in court:   00:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.