**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02331-REB-CBS

SARAH RAFFERTY,

    Plaintiff,

v.

HEALING HOMES FOR CHILDREN, LLC, a Colorado corporation,
GRIFFITH CENTERS FOR CHILDREN, INC., a Colorado corporation, and
JEFFERSON HILLS CORPORATION, a Colorado corporation,

    Defendants.

## ORDER DENYING AS MOOT MOTIONS TO DISMISS

**Blackburn, J.**

The matters before me are (1) **Defendant Griffith Center for Children's Motion To Dismiss Plaintiff's Due Process Claim** [#10] filed October 14, 2010; (2) **Defendant Jefferson Hills' Motion To Dismiss Plaintiff's Due Process Claim/Joinder in Defendant Griffith Center for Children's Motion To Dismiss Plaintiff's Due Process Claim** [#12] filed October 15, 2010; and (3) **Healing Homes for Children, LLC's Motion To Dismiss Plaintiff's Second Cause of Action** [#13] filed October 18, 2010. After these motions were filed, plaintiff filed her **Unopposed Combined Motion for Leave To Amend Complaint and Response to Defendants' Motions To Dismiss** [#22], filed November 15, 2010. Therein she conceded to dismiss the claim that formed the basis of defendants' motions. The magistrate judge subsequently granted leave to file the amended complaint, which has now been filed on the docket ([#26], filed November 22, 2010).

The filing of an amended complaint moots a motion to dismiss directed at the superceded complaint. *See Griggs v. Jornayvaz*, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); *United States ex rel. Babb v. Northrop Grumman Corp.*, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007). Moreover, it appears that plaintiff has dropped the very claim defendants' motions sought to dismiss. Therefore, the motions to dismiss are moot and will be denied on that basis.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Griffith Center for Children's Motion To Dismiss Plaintiff's Due Process Claim** [#10], filed October 14, 2010, is **DENIED** as moot;

2. That **Defendant Jefferson Hills' Motion To Dismiss Plaintiff's Due Process Claim/Joinder in Defendant Griffith Center for Children's Motion To Dismiss Plaintiff's Due Process Claim** [#12] filed October 15, 2010, is **DENIED** as moot; and

3. That **Healing Homes for Children, LLC's Motion To Dismiss Plaintiff's Second Cause of Action** [#13] filed October 18, 2010, is **DENIED** as moot.

Dated November 23, 2010, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge