**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02331-REB-CBS

SARAH RAFFERTY,

    Plaintiff,

v.

HEALING HOMES FOR CHILDREN, LLC, a Colorado corporation,
GRIFFITH CENTERS FOR CHILDREN, INC., a Colorado corporation, and
JEFFERSON HILLS CORPORATION, a Colorado corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Notice of Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#44] filed January 26, 2011.  After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Notice of Dismissal With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)** [#44] filed January 26, 2011, is **APPROVED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated January 26, 2011, at Denver, Colorado.

                              **BY THE COURT:**

                              /s/ Robert E. Blackburn
                              Robert E. Blackburn
                              United States District Judge